IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

OCT 0 7 2019

MITCHELL R. ELFERS
CLERK

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                                                    No. 19-MJ-3231

GREGORY MONTOYA,

    Defendant.

### ORDER TOLLING SPEEDY TRIAL COMPUTATION

The Court, having reviewed Defendant's Unopposed Motion to Continue Grand Jury Presentment (Doc #), finds the ends of justice served by allowing the request to toll the speedy indictment computation for a period of 75 days outweigh the interests of the defendant and the interest of the public in a speedy indictment. The Court finds that tolling the speedy indictment computation will substantially increase the likelihood of the parties reaching a settlement in this case that would avoid the need for a trial. The Court expressly finds that the public's interest in a speedy indictment is outweighed by (1) the public's interest in a reasonably expeditious resolution of the case; (2) the public's interest in relieving the burden that would be placed on judicial, prosecutorial, defense, and law enforcement resources if the case proceeded to trial; and (3) the potential benefit conferred upon the defendant in an expedited resolution of the case.

IT IS THEREFORE ORDERED, ADJUDGED, and DECREED that a period of time not to exceed 75 days, for a total of 105 days, is hereby excluded from the computation of a speedy indictment pursuant to 18 U.S.C. § 3161 (b) and (h)(7)(A).

_____
UNITED STATES MAGISTRATE JUDGE